**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000296
06-DEC-2021
08:50 AM
Dkt. 18 OAWST**

NO. CAAP-21-0000296

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILMINGTON TRUST, NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS
TRUSTEE OF MFRA TRUST 2014-2, Plaintiff-Appellee, v.
BEVERLY CAROL HARTON; and DOES 1 through 20, inclusive,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC121000860)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Leonard, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal with Prejudice, filed November 4, 2021, by Plaintiff-Appellee Wilmington Trust, National Association, the papers in support, and the record, it appears that (1) the parties stipulate to dismiss the appeal with prejudice, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b); (2) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (3) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, December 6, 2021.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge